# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 28, 2018

156818

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

LANCASTER & YORK, LLC,
      Plaintiff/Counterdefendant-
      Appellant,

v

OAKLAND COUNTY TREASURER,
      Defendant/Counterplaintiff-
      Appellee.

SC: 156818
COA: 333064
Oakland CC: 2015-148563-CZ

_____/

On order of the Court, the application for leave to appeal the October 17, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 28, 2018



Clerk

p0927